August 13, 2013

To whom it may concern,

I have tried unsuccessfully to contact my attorney (Francis N. Soave). He has not returned my phone calls, emails or sent letters. I do not know what to do at this point in time.

I would like the court to consider my views on the objection. I will be in court August 28, 2013 at 10 am.

Please consider my case,

Mary Oles
Case# 12-66249-TJT

FILED
2013 AUG 16 A 10:03
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT