UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Case No. 12-66249

MARY OLES, *pro se*,  Chapter 7

        Debtor.  Judge Thomas J. Tucker
_____/

**ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION**

This case is before the Court on a letter from the Debtor dated August 13, 2013, filed on August 16, 2013 (Docket # 59, the "Motion"), which the Court construes as a motion for reconsideration of, and for relief from, the August 14, 2013 Order Denying Debtor's Exemptions and Compelling Debtor to Turn Over Estate Property (Docket # 55, the "Order").[1]

The Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

In addition, the Court finds that the allegations in the Motion do not establish excusable neglect under Fed.R.Civ.P. 60(b)(1), FedR.Bankr.P. 9024, or any other valid ground for relief from the Order.

NOW, THEREFORE,

IT IS ORDERED that the Motion is denied.

.

**Signed on August 19, 2013**

                                              /s/ Thomas J. Tucker
                                              Thomas J. Tucker
                                              United States Bankruptcy Judge

---

[1] The Court is being generous in so construing the Debtor's letter; the letter is very vague, and does not actually say what motion or order, if any, it concerns.